```
<![CDATA[ ATID   CPX@        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  ****   02/16/2021
                       ATTORNEY TITLE INFORMATION DATA SYSTEM              17:17:37
                              FOR COUNTY OF ORANGE
          * * * * * * * * * * *  CERTIFIED PRINTOUT  * * * * * * * * *
                       DATA FOR: BECKER & POLIAKOFF, P.A.
                    CUSTOMER NO.: 455504
       FUND BRANCH INFORMATION: CERTIFIED THROUGH 02/01/2021 AT 1100 PM
                                CERTIFIED THROUGH   CN 2021          60488
                                CERTIFIED FROM    01/01/1970


                    FILE NUMBER: M08838.299991
                    DESCRIPTION: 6545 CORPORATE CENTRE BLVD - TRIAL



                       OPENED: 02/16/2021




         ATID    CPX@       **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** 02/16/2021
                              FOR COUNTY OF ORANGE                          17:17


             SP- PB  BK-    23  PG-      7    FILE/ORDER REF: M08838.299991
             SEARCH  FROM- 11151976  THRU- 06302009       ID-
             --L1-- --L2-- --L3--   --L1-- --L2-- --L3--    --L1-- --L2-- --L3--
     ->        3
     ->
     ->
     ->

             PLAT NAME:
             ORLANDO CORPORATE CENTRE PHASE 1

             DATE OF PLAT- 01/30/1989     AUTHORIZED LEVELS- L  /T  /
             PLAT CERTIFIED - ALL POSTINGS CONFORM TO AUTHORIZED LEGALS.
             FUND BRANCH CERTIFIED THROUGH 02/01/2021 AT 11:00 PM
             SEARCH FROM DATE EARLIER THAN DATE OF PLAT            WARNING

             SEARCH DATA REPLATTED - FOR ASSISTANCE, CONTACT MAPPING@THEFUND.COM
             PB   23 /    83 , PB  92 /    128

       70 instruments found for search arguments


         ATID

             SEARCH ARGUMENTS REPLATTED - PLEASE CHECK
             PB   23 /    83 , PB  92 /    128

             ****************************************************************
             ****************************************************************
             * *                                                        * *
             * *                                                        * *
             * *                  REPLAT WARNING                        * *
             * *                                                        * *
             * *    THIS ORDER FOR AN ATIDS SEARCH MAY BE INCOMPLETE.   * *
             * *    REPLAT INDICATES DOCUMENTS MAY BE POSTED TO PLATS    * *
             * *    OTHER THAN THE LEGALS SEARCHED. IT IS YOUR           * *
             * *    RESPONSIBILITY TO DETERMINE WHETHER REPLATS AFFECT   * *
             * *    THIS SEARCH.                                         * *
             * *    ** SEARCH DATA REPLATTED - FOR ASSISTANCE, CONTACT   * *
             * *    MAPPING@THEFUND.COM TO DETERMINE IF IT IS NECESSARY  * *
             * *    TO INITIATE ADDITIONAL SEARCHES ON REPLATTED LEGALS. * *
             * *                                                        * *
             ****************************************************************
             ****************************************************************
```

Main Case 2:17-bk-01712-FMD
Adv. Case 2:18-AP-00531-FMD

P REBUTTAL-6
Stermer v. Old Republic, et al.

ATID

```
 ////////////////////////////////////\\\\\\\\\\\\\\\\\\\\\\\\\\\\\
 ////////////////////////////////////\\\\\\\\\\\\\\\\\\\\\\\\\\\\\
 / /                                                       \ \
 / /                        WARNING                        \ \
 / /     SEARCH FROM DATE EARLIER THAN DATE OF PLAT.        \ \
 / /    THIS SEARCH  IS  INCOMPLETE   BETWEEN   11/15/1976  \ \
 / /    AND   01/30/1989 .  IT IS  THE USERS RESPONSIBILITY \ \
 \ \        TO    DETERMINE   THE   CORRECT   LEGALS        / /
 \ \    (SEARCH ARGUMENTS) FOR  EACH  TIME SPAN  AND  TO    / /
 \ \    INITIATE  ADDITIONAL  SEARCHES  ON  THOSE  LEGALS.  / /
 \ \                                                        / /
 \ \                                                        / /
 \\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\////////////////////////////////
 \\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\////////////////////////////////
```

ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0001 OF 0070
DOF: 12272006  PR: OR  9033     1565  SR: CN 2006 0833353  DOI: 12142006
TOI: SM   DESC:                        MIN:       -        -
1ST PARTY:  R B C CENTURA BK SUCC  ADMIRALTY BK

2ND PARTY:  DARYL M CARTER  PAMELA LEE WRAY TR  M L CARTER REALTY TR 3 U/T 10/2
7/1987 AS TO UNDIV 50% INT MAURY L CARTER  PAMELA LEE WRAY TR  M L CARTER REALTY
TR 2 U/T 10/27/1987 AS TO UNDIV 50% INT
   AMOUNT:                NAME:                          TYPE:
REFERENCE: OR 6122/1866 OR 6238/2157 OR 6414/903 OR 6704/2431 OR (INC)
   LEGAL:  NONE


COMMENTS:

1st pg-SEARCHD      3/    /     PB    23 /      7 11/15/1976-06/30/2009

ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0002 OF 0070
DOF: 01272005  PR: OR  7800      200  SR: CN 2005 0066266   DOI: 01142005
TOI: SM   DESC:                        MIN:       -        -
1ST PARTY:  WACHOVIA BK NATL ASSN SUCC TO  1ST UNION NATL BK

2ND PARTY:  ATTORNEYS TITLE INS FUND INC

   AMOUNT:                NAME:                          TYPE:
REFERENCE: OR 5988/2975
   LEGAL:  NONE


COMMENTS:

       SEARCHD      3/    /     PB    23 /      7 11/15/1976-06/30/2009

ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0003 OF 0070
DOF: 01182005  PR: OR  7784     1476  SR: CN 2005 0042971   DOI: 01011900
TOI: UCO  DESC:                        MIN:       -        -
1ST PARTY:  1ST UNION NATL BK

2ND PARTY:    ATTORNEYS TITLE INS FUND INC

    AMOUNT:                NAME:                                TYPE: TERM
REFERENCE: CN 2000-169203 (OR 5988/3007)
   LEGAL:  NONE




   COMMENTS:

      SEARCHD     3/    /     PB    23 /      7 11/15/1976-06/30/2009

ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0004 OF 0070
DOF: 12282004  PR: OR  7754      759  SR: CN 2004 0821959  DOI: 01011900
TOI: UCO  DESC:                          MIN:          -            -
1ST PARTY:   WACHOVIA BK NATL ASSN F/K/A  1ST UNION NATL BK

2ND PARTY:    ATTORNEYS TITLE INS FUND INC

    AMOUNT:                NAME:                                TYPE: AMD
REFERENCE: CN 2000-169203
   LEGAL:  NONE




   COMMENTS:

      SEARCHD     3/    /     PB    23 /      7 11/15/1976-06/30/2009

ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0005 OF 0070
DOF: 12152004  PR: OR  7740     1482  SR: CN 2004 0799574  DOI: 01011900
TOI: UCO  DESC:                          MIN:          -            -
1ST PARTY:   WACHOVIA BK NATL ASSN F/K/A  1ST UNION NATL BK

2ND PARTY:    ATTORNEYS TITLE INS FUND INC

    AMOUNT:                NAME:                                TYPE: AMD
REFERENCE: CN 2000-169203
   LEGAL:  NONE




   COMMENTS: POSTING PER OR 5988/3007

      SEARCHD     3/    /     PB    23 /      7 11/15/1976-06/30/2009

ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0006 OF 0070
DOF: 10082004  PR: OR  7649     4651  SR: CN 2004 0644726  DOI: 06212004
TOI: O    DESC: DEV                      MIN:          -            -
1ST PARTY:   CITY ORLANDO FL

2ND PARTY:

    AMOUNT:                NAME:                                TYPE:
REFERENCE: OR 3929/2126 4924/4519 5275/2125 5750/4630 6227/5890 6896/4989
   LEGAL:  POR SEC 22 & 23-23S-30E DESC: BEG AT S/4 COR SEC 22, N00*W ALG N/S C
NTR SEC LINE 3322.6' TO ITS INTERSEC WITH N LINE LT 4 ORLANDO CORPORATE CENTRE P
HASE 1 PB 23/7, N89*E ALG N LINE LT 4 SAID PLAT 981.26' TO E LINE LT 4, (INC)


   COMMENTS: SURVEY ATTACHED LAST REF B/T/B IN ERROR S/B 6896/4986 @REPLATS POST

PB P/87 LOS TERRANOS

```
        SEARCHD     3/     /     PB     23 /      7 11/15/1976-06/30/2009

ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0007 OF 0070
DOF: 07122004  PR: OR 7523     3744  SR: CN 2004 0440327  DOI: 06212004
TOI: O   DESC: DEV AMD                          MIN:      -         -
1ST PARTY:  CITY ORLANDO FL

2ND PARTY:

    AMOUNT:              NAME:                              TYPE:
REFERENCE: OR 3929/2126 OR 4924/4519 OR 5275/2125 OR 5750/4630 OR 6227/5890
    LEGAL:  POR SEC 22 & 23-23S-30E DESC: BEG AT S/4 COR SEC 22, N00*W ALG N/S C
NTR SEC LINE 3322.6' TO ITS INTERSEC WITH N LINE LT 4 ORLANDO CORPORATE CENTRE P
HASE 1 PB 23/7, N89*E ALG N LINE LT 4 SAID PLAT 981.26' TO E LINE LT 4, (INC)


   COMMENTS: SURVEY ATTACHED

        SEARCHD     3/     /     PB     23 /      7 11/15/1976-06/30/2009

ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0008 OF 0070
DOF: 01232004  PR: OR 7276     2556  SR: CN 2004 0040647  DOI: 10202003
TOI: MMA  DESC:                                 MIN:      -         -
1ST PARTY:  MAURY L CARTER  PAMELA LEE WRAY TR OF  M L CARTER REALTY TR III U/T
10/27/1987

2ND PARTY:   R B C CENTURA BK

    AMOUNT:              NAME:                              TYPE:
REFERENCE: OR 6122/1866 OR 6238/2157 OR 6414/903 OR 6704/2431
    LEGAL:  TR 1-4: TR 1: ALL ORLANDO CORPORATE CENTRE PHASE 1 PB 23/7, LESS: LT
1 LT 2 LT 4 TR C & POR LT 3 DESC: PCL 1-3: PCL 1: BEG AT INTERSEC ELY R/W LINE
CORPORATE CENTRE BLVD WITH NLY LINE TR A ORLANDO CORPORATE CENTRE 1ST (INC)


   COMMENTS: SURVEY ATTACHED

        SEARCHD     3/     /     PB     23 /      7 11/15/1976-06/30/2009

ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0009 OF 0070
DOF: 05122003  PR: OR 6907     3330  SR: CN 2003 0263373  DOI: 05062003
TOI: ORD  DESC:                                 MIN:      -         -
1ST PARTY:  CITY COUNCIL CITY ORLANDO FL

2ND PARTY:

    AMOUNT:              NAME:                              TYPE:
REFERENCE:
    LEGAL:  AMENDING & RESTATING DEV CONDITIONS FOR PLANNED DEV COMMONLY K/A ORL
ANDO CORPORATE CENTRE GENERALLY E OF SEMORAN BLVD (S R 436) W OF NARCOOSSEE RD (
S R 15) N OF LEE VISTA BLVD DESC: TR 3A: PCL IN NW/4 SEC 23-23S-30E DESC: (INC)


   COMMENTS: SURVEY ATTACHED

        SEARCHD     3/     /     PB     23 /      7 11/15/1976-06/30/2009

ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0010 OF 0070
DOF: 12162002  PR: OR 6704     2431  SR: CN 2002 0611148  DOI: 11202002
TOI: FA   DESC: MMA                              MIN:      -         -
```

1ST PARTY:  MAURY L CARTER  PAMELA LEE WRAY TR OF  M L CARTER REALTY TR III U/T
10/27/1987 UNDIV 50% INT DARYL M CARTER  PAMELA LEE WRAY TR OF  M L CARTER REAL
TY TR II U/T 10/27/1987 UNDIV 50% INT
2ND PARTY:  ADMIRALTY BK

    AMOUNT:  2500000.00 NAME:                        TYPE:
REFERENCE: OR 6122/1866 OR 6238/2157 OR 6414/903
    LEGAL:  ADDING: TR 1-4: TR 1: ALL ORLANDO CORPORATE CENTRE PHASE 1 PB 23/7,
LESS: LT 1 LT 2 LT 4 TR C & POR LT 3 DESC: PCL 1: BEG AT INTERSEC ELY R/W LINE C
ORPORATE CENTRE BLVD WITH NLY LINE TR A ORLANDO CORPORATE CENTRE 1ST REPLAT(INC)


    COMMENTS: SURVEY ATTACHED

       SEARCHD     3/       /      PB     23 /       7 11/15/1976-06/30/2009

ATID      **** ATTORNEYS' TITLE FUND SERVICES, LLC. **** PAGE 0011 OF 0070
DOF: 11072002   PR: OR  6664     2550   SR: CN 2002 0550449   DOI: 11052002
TOI: R   DESC:                 MIN:         -        -
1ST PARTY:  COURTNEY LANDING LTD PTNR

2ND PARTY:

    AMOUNT:           NAME:                        TYPE:
REFERENCE:
    LEGAL: LT 1 ORLANDO CORPORATE CENTRE PHASE 1 PB 23/7



    COMMENTS:

       SEARCHD     3/       /      PB     23 /       7 11/15/1976-06/30/2009

ATID       **** ATTORNEYS' TITLE FUND SERVICES, LLC. **** PAGE 0012 OF 0070
DOF: 01022002   PR: OR  6424     4843   SR: CN 2002 0001639   DOI: 12272001
TOI: NC   DESC:                MIN:         -        -
1ST PARTY:  ATTORNEYS TITLE INS FUND INC  6545 CORPORATE CENTRE BLVD ORLANDO F
L 32822

2ND PARTY:

    AMOUNT:           NAME:                        TYPE:
REFERENCE:
    LEGAL: LT 1 & 2  PB 23/83  & POR LT 3  PB 23/7  BEG AT INTERSEC OF ELY R/W
LINE OF CORPORATE CENTRE BLVD WITH NLY LINE OF TR A  PB 23/83 , N61*E ALG NLY LI
NE TR A 626.59' TO PT ON ELY BDY LINE LT 3, N09*E ALG ELY BDY LINE 183.00' (INC)


    COMMENTS: C-$$A K HOLCOMB CONST INC$#1115 W CENTRAL BLVD#ORLANDO FL 32805#L-$$
NONE$

       SEARCHD     3/       /      PB     23 /       7 11/15/1976-06/30/2009

ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC. **** PAGE 0013 OF 0070
DOF: 10102001   PR: OR  6366     5259   SR: CN 2001 0459303   DOI: 08242001
TOI: E   DESC:                MIN:         -        -
1ST PARTY:  DARYL M CARTER TR OF  CARTER O C C LAND TR

2ND PARTY:  CITY ORLANDO  ORLANDO ORANGE CTY EXPRESSWAY AUTHORITY

    AMOUNT:           NAME:                        TYPE:
REFERENCE:

```
       LEGAL:  EASE FOR STORMWATER DRAIN DETENTION RETENTION MAINT REPAIR & REPLACE
MENT DRAIN IMP FOR GOLDENROD RD EXT FROM TIME TO TIME: POR SEC 22-23-23-30 DESC:
 BEG AT S/4 COR SEC 22,N00*W ALG N/S CNTR SEC LINE 3322.6' TO INTERSEC WITH(INC)



    COMMENTS: REPLATTED, ALSO POST PB 4/108, PB 23/7 & PB 23/83 ALL @SURVEY ATTACH
ED

        SEARCHD     3/     /      PB     23 /       7 11/15/1976-06/30/2009

  ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0014 OF 0070
  DOF: 08132001  PR: OR  6322     2720  SR: CN 2001 0362649  DOI: 08132001
  TOI: NC   DESC:                        MIN:       -         -
  1ST PARTY:   ATTORNEY TITLE INS FUND INC  6545 CORPORATE CENTRE BLVD ORLANDO FL
  32822

  2ND PARTY:

     AMOUNT:            NAME:                        TYPE:
  REFERENCE:
     LEGAL:  NONE



    COMMENTS: C-$$CASTOR CONST CO INC$#1200 S BUMBY AVE#ORLANDO FL 32806#L-$$NONE$
 @POSTING PER WD OR 5923/4841

        SEARCHD     3/     /      PB     23 /       7 11/15/1976-06/30/2009

  ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0015 OF 0070
  DOF: 05102001  PR: OR  6255     6215  SR: CN 2001 0204150  DOI: 05072001
  TOI: AGR  DESC: AMD                    MIN:       -         -
  1ST PARTY:   ORLANDO CORP CENTRE DEV REGIONAL IMPACT

  2ND PARTY:   CITY ORLANDO  DARYL M CARTER TR

     AMOUNT:            NAME:                        TYPE:
  REFERENCE: OR 5687/2019
     LEGAL:  TR 1 & PCL 1 & 2 DESC: TR 1: ALL  PB 23/7  LT 1-2 LT 4 TR C & POR LT
 3 DESC AS FOL: PCL 1: BEG AT INTERSEC ELY R/W LINE CORP CENTRE BLVD WITH NLY LI
 NE TR A  PB 23/83 , N61*E ALG NLY LINE SAID TR A 625.59' TO PT ON ELY BDY (INC)



    COMMENTS:

        SEARCHD     3/     /      PB     23 /       7 11/15/1976-06/30/2009

  ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0016 OF 0070
  DOF: 04032001  PR: OR  6227     5890  SR: CN 2001 0141090  DOI: 03192001
  TOI: O    DESC: AMD & RESTATED         MIN:       -         -
  1ST PARTY:   CITY ORLANDO

  2ND PARTY:

     AMOUNT:            NAME:                        TYPE:
  REFERENCE:
     LEGAL:  POR SEC 22 & 23-23-30 DESC: BEG AT S/4 COR SEC 22, N00*W ALG N S CNT
 R SEC LINE 3322.60' TO INTERSEC WITH WLY EXT OF N LINE LT 4  PB 23/7 , N89*E ALG
  N LINE LT 4 SAID PLAT 961.26' TO E LINE SAID LT 4, S00*E ALG E LINE (INC)
```

```
    COMMENTS:

        SEARCHD     3/     /     PB     23 /      7 11/15/1976-06/30/2009

    ATID       **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0017 OF 0070
    DOF: 12192000  PR: OR  6153     2273  SR: CN 2000 0532890  DOI: 12012000
    TOI: MMA  DESC:                           MIN:       -          -
    1ST PARTY:   ATTORNEYS TITLE INS FUND INC

    2ND PARTY:   1ST UNION NATL BK

      AMOUNT:                NAME:                            TYPE:
    REFERENCE: OR 5988/2975
      LEGAL:  NONE




    COMMENTS:

        SEARCHD     3/     /     PB     23 /      7 11/15/1976-06/30/2009

    ATID       **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0018 OF 0070
    DOF: 06202000  PR: OR  6026     4988  SR: CN 2000 0253604  DOI: 06092000
    TOI: ORD  DESC:                           MIN:       -          -
    1ST PARTY:   CITY ORLANDO

    2ND PARTY:

      AMOUNT:                NAME:                            TYPE:
    REFERENCE:
      LEGAL:  ABANDONMENT: ORLANDO CORPORATE CNTR: MANATEE ST FROM N R/W LINE S AV
    E N TO N LINE LT 8 BLK 4, & SUWANNEE AVE FROM E R/W MANATEE ST E TO W LINE LT 6
    BLK 20, TO BE RETAINED AS UTIL EASE ALG S LINE LT 6 & 7 BLK 20, & (INC)


    COMMENTS: REPLATTED ALSO POST ALL ORLANDO CORPORATE CENTRE PHASE 1 PB 23/7

        SEARCHD     3/     /     PB     23 /      7 11/15/1976-06/30/2009

    ATID       **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0019 OF 0070
    DOF: 04252000  PR: OR  5988     3007  SR: CN 2000 0169203  DOI: 04252000
    TOI: UCC  DESC:                           MIN:       -          -
    1ST PARTY:   ATTORNEYS TITLE INS FUND INC

    2ND PARTY:   1ST UNION NATL BK

      AMOUNT:                NAME:                            TYPE:
    REFERENCE:
      LEGAL:  PCL 1: LT 1 & 2  PB 23/83 ! & PCL 2: POR LT 3  PB 23/7 , DESC: BEG A
    T NW COR TR A  PB 23/83 , PT ALSO BEING ON E R/W LINE CORPORATE CENTRE BLVD, ALG
    E R/W LINE, N29*W102.15', DEPARTING E R/W LINE, N61*E382.75', N52*E360.11'(INC)




    COMMENTS:

        SEARCHD     3/     /     PB     23 /      7 11/15/1976-06/30/2009

    ATID       **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0020 OF 0070
    DOF: 04252000  PR: OR  5988     3002  SR: CN 2000 0169202  DOI: 04202000
    TOI: ALS  DESC:                           MIN:       -          -
    1ST PARTY:   ATTORNEYS TITLE INS FUND INC
```

```
2ND PARTY:   1ST UNION NATL BK

   AMOUNT:                NAME:                        TYPE:
REFERENCE:
   LEGAL:  PCL 1: LT 1 & 2  PB 23/83 ! & PCL 2: POR LT 3  PB 23/7 , DESC: BEG A
T NW COR TR A  PB 23/83 , PT ALSO BEING ON E R/W LINE CORPORATE CENTRE BLVD, ALG
E R/W LINE, N29*W102.15', DEPARTING E R/W LINE, N61*E382.75', N52*E360.11'(INC)



   COMMENTS:


      SEARCHD     3/    /      PB    23 /      7 11/15/1976-06/30/2009

   ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0021 OF 0070
DOF: 04252000  PR: OR  5988     2975  SR: CN 2000 0169201  DOI: 04202000
TOI: M   DESC:                              MIN:       -        -
1ST PARTY:   ATTORNEYS TITLE INS FUND INC

   2ND PARTY:   1ST UNION NATL BK F/K/A  1ST UNION NATL BK FL  PO BOX 1000 ORLANDO
FL 32802-1000

   AMOUNT:     7500000.00 NAME: LOWNDES DROSDICK          TYPE: CONV
REFERENCE:
   LEGAL:  PCL 1: LT 1 & 2  PB 23/83 ! & PCL 2: POR LT 3  PB 23/7 , DESC: BEG A
T NW COR TR A  PB 23/83 , PT ALSO BEING ON E R/W LINE CORPORATE CENTRE BLVD, ALG
E R/W LINE, N29*W102.15', DEPARTING E R/W LINE, N61*E382.75', N52*E360.11'(INC)



   COMMENTS:


      SEARCHD     3/    /      PB    23 /      7 11/15/1976-06/30/2009

   ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0022 OF 0070
DOF: 01142000  PR: OR  5923     4845  SR: CN 2000 0022269  DOI: 01102000
TOI: AGR  DESC:                             MIN:       -        -
1ST PARTY:  DARYL M CARTER TR U/T 8/26/1999 K/A  CARTER O C C LAND TR

   2ND PARTY:   ATTORNEYS TITLE INS FUND INC

   AMOUNT:                NAME:                        TYPE:
REFERENCE:
   LEGAL:  PCL 1 & 2 DESC: PCL 1: POR LT 3  PB 23/7  DESC: BEG AT NE COR LT 3,
ALG ELY BDY LT 3 FOL 3 COURSE: S06*W316', S05*E302', S08*E66.07', LEAVING ELY BD
Y, N69*W503.01' TO PT ON ELY R/W LINE CORPORATE CENTER BLVD, FOL 3 COURSES (INC)



   COMMENTS:


      SEARCHD     3/    /      PB    23 /      7 11/15/1976-06/30/2009

   ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0023 OF 0070
DOF: 01142000  PR: OR  5923     4841  SR: CN 2000 0022268  DOI: 01102000
TOI: SWD  DESC:                             MIN:       -        -
1ST PARTY:  DARYL M CARTER TR U/A 8/26/1998 K/A  CARTER O C C LAND TR

   2ND PARTY:   ATTORNEYS TITLE INS FUND INC  6545 CORPORATE CENTER BLVD PO BOX 32
862-8600 ORLANDO FL 32822

   AMOUNT:       14504.00 NAME: FOLEY LARDNER            TYPE:
REFERENCE: TN 22-23-30-6395-00030
   LEGAL:  PCL 1 & 2 DESC: PCL 1: POR LT 3  PB 23/7  DESC: BEG AT NE COR LT 3,
ALG ELY BDY LT 3 FOL 3 COURSE: S06*W316', S05*E302', S08*E66.07', LEAVING ELY BD
```

```
Y, N69*W503.01' TO PT ON ELY R/W LINE CORPORATE CENTER BLVD, FOL 3 COURSES (INC)


     COMMENTS:

          SEARCHD     3/    /     PB    23 /      7 11/15/1976-06/30/2009

     ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0024 OF 0070
     DOF: 12221999  PR: OR  5907     4803   SR: CN 1999 0551075   DOI: 10151998
     TOI: SM   DESC:                           MIN:        -          -
     1ST PARTY:  OCEAN BK

     2ND PARTY:   JEMA INV INC

        AMOUNT:              NAME:                         TYPE:
     REFERENCE: OR 4943/4994
        LEGAL:  PCL 1: POR LT 3  PB 23/7  DESC: BEG AT NE COR LT 3, ALG ELY BCY LT 3
     FOL 3 COURES: S6*W316', S5*E302', S8*E66.07', LEAVING SAID ELY BDY, N69*W503.01
     ' TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD, FOL 3 COURSES: ALG SAID ELY R/W L
     INE, N20*E165.33' TO P.C. CUR CONCAVE NWLY RAD 960' CA 20*, NELY ALG ARC SAID C
     UR 345.27' TO P.R., N0*W10.18' TO NW COR LT 3, N89*E ALG N LINE LT 3 350' TO POB
     ! PCL 3: POR LT 1  PB 23/7  DESC: COM AT SW COR LT 1 SAID PLAT, N0*W ALG W LINE
     860' FOR POB, CONT N0*W ALG W LINE 524.95' TO PT ON S LINE TR E SAID PLAT, N90*
     E ALG SAID S LINE 84.66' TO PT ON S LINE TR B SAID PLAT FOL 7 COURSES ALG SAID S
     LINE, S21*W74.98', S27*E104.47', N79*E166.99', M71*E85', N81*E258' (INC)
     COMMENTS:

          SEARCHD     3/    /     PB    23 /      7 11/15/1976-06/30/2009

     ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0025 OF 0070
     DOF: 11111999  PR: OR  5879     4689   SR: CN 1999 0488767   DOI: 10281999
     TOI: SL   DESC:                           MIN:        -          -
     1ST PARTY:  CITY ORLANDO

     2ND PARTY:   JEMA INV INC

        AMOUNT:              NAME:                         TYPE:
     REFERENCE: OR 5270/4438
        LEGAL:   PB 23/7  LT 3 (LESS POR ORLANDO CORPORATE CENTRE 1ST REPLAT 23/83)
     & (LESS BEG AT INTERSEC ELY R/W CORPORATE CENTRE BV WITH NLY LINE TR A OF ORLAND
     O CORPORATE CENTRE 1ST REPLAT 23/83, N61*E626.59' N09*E183' N09*W193.14' (INC)


     COMMENTS:

          SEARCHD     3/    /     PB    23 /      7 11/15/1976-06/30/2009

     ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0026 OF 0070
     DOF: 11111999  PR: OR  5879     4585   SR: CN 1999 0488730   DOI: 11091999
     TOI: NC   DESC:                           MIN:        -          -
     1ST PARTY:  ATTORNEYS TITLE INS FUND  6545 CORPORATE CENTER BLVD ORLANDO FL 32
     822

     2ND PARTY:

        AMOUNT:              NAME:                         TYPE:
     REFERENCE:
        LEGAL:



     COMMENTS: C-$$KELLY ELECTRIC L L C$#2100 CONSULATE DR STE 100#ORLANDO FL 32837
```

```
#L-$$NONE$ @POSTING PER SWD OR 5231/1663

       SEARCHD    3/    /    PB   23 /    7 11/15/1976-06/30/2009

ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0027 OF 0070
DOF: 05141999  PR: OR  5750     4630  SR: CN 1999 0209012  DOI: 01011900
TOI: O    DESC: AMD                    MIN:         -         -
1ST PARTY:  CITY ORLANDO

2ND PARTY:  DARYL M CARTER TR U/A 8/26/98 K/A  CARTER O C C LAND TR

     AMOUNT:            NAME:                        TYPE:
  REFERENCE:
     LEGAL:  POR SEC 22 & 23-23-30 DESC: BEG AT S/4 COR OF SAID SEC 22, N00*W ALG
  N S CENTER OF SEC LINE 3322.60' TO INTERSEC WITH WLY EXT OF N LINE LT 4  PB 23/
  7 , N89*E ALG SAID N LINE OF SAID LT 4 SAID PLAT 961.26' TO E LINE OF SAID LT 4,
  S00*E ALG E LINE OF SAID LT 4 665.45' TO C/L OF ABANDONED SUWANNEE AVE, N89*E
  ALG SAID C/L 1011.33', N00*W30' TO SW COR LT 6 BLK 9 OF SAID PLAT, CONT N00*W AL
  G W LINE LT 6 & LT 3 OF SAID BLK 9 1269.94' TO S R/W LINE OF SEMINOLE AVE SAID P
  LAT, N89*E ALG SAID R/W LINE 663.80', N89*E CONT ALG SAID S R/W LINE 1982.36' T
  O NE COR LT 2 BLK 20 SAID PLAT, S00*E ALG E LINE OF LT 2 & 6 OF SAID BLK 20 & SL
  Y EXT 1332.63' TO SLY R/W LINE ABANDONED SUWANNEE AVE, N89*E ALG SAID (INC)
     COMMENTS: REPLATTED POST ALL ORLANDO CORP CENTRE PHASE 1 PB 23/7 ORLANDO CORP
  CENTRE 1ST REPLAT PB 23/83 ALL BRENTWOOD PB S/115

       SEARCHD    3/    /    PB   23 /    7 11/15/1976-06/30/2009

ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0028 OF 0070
DOF: 03051999  PR: OR  5697     2670  SR: CN 1999 0098529  DOI: 03051999
TOI: AGR  DESC:                        MIN:         -         -
1ST PARTY:  VISTA E IMPROVEMENT CORP   ATTORNEYS TITLE INS FUND INC   LEEVISTA
INC   CARTER O C C LAND TR

2ND PARTY:  CITY ORLANDO

     AMOUNT:            NAME:                        TYPE:
  REFERENCE: OR 5540/3647
     LEGAL:  LOTS 1 & 2  PB 23/83  & POR LT 3  PB 23/7 DESC: BEG AT INTERSEC OF
  ELY R/W LINE CORPORATE CENTRE BLVD WITH NLY LINE TR A  PB 23/83 , N61*E ALG NLY
  LINE SAID TR A 626.59' TO PT ON ELY BDY LINE SAID LT 3, N09*E ALG ELY BDY LINE 1
  83', N09*W ALG SAID ELY BDY LINE LT 3 193.14', N85*W684.47' TO PT ON ELY R/W LI
  NE SAID CORPORATE CENTRE BLVD SAID PT ON CUR CONCAVE ELY RAD 890', ON CH BRG S07
  *E, 663.74' ALG ARC SAID CUR THRU CA 42* TO P.T., S29*E102.15' TO POB


  COMMENTS: JND ATTACHED

       SEARCHD    3/    /    PB   23 /    7 11/15/1976-06/30/2009

ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0029 OF 0070
DOF: 02191999  PR: OR  5687     2019  SR: CN 1999 0077295  DOI: 02191999
TOI: AGR  DESC:                        MIN:         -         -
1ST PARTY:  CITY ORLANDO

2ND PARTY:  DARYL M CARTER TR  CARTER O C C LAND TR

     AMOUNT:            NAME:                        TYPE:
  REFERENCE: OR 3929/2126 4924/4519 5257/2125
     LEGAL:  EXHIBIT A TR 1 ALL  PB 23/7  LESS: LT 1 2 4 TR C & POR LT 3 DESC: PC
  L 1 BEG AT INTERSEC OF ELY R/W LINE CORPORATE CENTRE BLVD WITH NLY LINE TR A  PB
  23/83 , N61*E ALG NLY LINE SAID TR A 625.59' TO PT ON ELY BDY LINE SAID LT 3, N
  09*E ALG ELY BDY LINE 183', N09*W ALG SAID ELY BDY LINE LT 3 193.14', N85*W684.
  47' TO PT ON ELY R/W LINE SAID CORPORATE CENTRE BLVD SAID PT ON CUR CONCAVE ELY
  RAD 850', CH BRG S07*E, 663.79' ALG ARC SAID CUR THRU CA 42* TO P.T., S29*E102.1
  5' TO POB! PCL 2 BEG AT NE COR SAID LT 3, ALG ELY BDY SAID LT 3 FOL 3 COURSE:,
```

S06*W316', S05*E302', S08*E66.07', LEAVING SIAD ELY BDY, N69*W503.01' TO PT ON E
LY R/W LINE CORPORATE CENTRE BLVD, FOL 3 COURSES ALG SIAD ELY R/W LINE:, (INC)
   COMMENTS:

      SEARCHD     3/    /     PB    23 /     7 11/15/1976-06/30/2009

 ATID      **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0030 OF 0070
 DOF: 02181999  PR: OR 5686    2393  SR: CN 1999 0075599  DOI: 02111999
 TOI: AGR  DESC:                 MIN:       -      -
 1ST PARTY:  VISTA E IMPR CORP  FAMLEE INV CO INC  CARTER O C C LAND TR  LEE
VISTA INC

 2ND PARTY:  CITY ORLANDO

    AMOUNT:          NAME:                    TYPE:
 REFERENCE:
   LEGAL:  WESTERN LINK OF LEE VISTA BLVD EXT CONTRIBUTION: LEEVISTA PROP PROJE
CT DESC: N/2 SE/4 SE/4, S3/4 S/2 NE/4 SE/4, N/2 NE/4 SE/4 (LESS N230' W280' N/2
NE/4 SE/4 & ALSO LESS: N62' W158' S/4 N/2 NE/4 SE/4), SE/4 NE/4 & SW/4 NE/4 NE/4
  ALL IN SEC 20-23-30 LESS R/W CONWAY RD & ALSO: SW/4 (LESS E/2 W/2 SW/4 SW/4),
S02 NW/4, E/2 W/4 NE/4 (LESS R/W HOFFNER AVE) & SE/4 SE/4 SE/4 NE/4 & ALSO
SE/4 (LESS: COM AT SE COR SEC 21, W ALG S LINE 100' TO W R/W LINE SEMORAN B
LVD (SR 436) FOR POB, CONT W ALG S LINE 1452', NLY630', ELY1452' TO SAID W R/W
LINE, SLY ALG W R/W LINE 630' TO POB & ALSO LESS: COM ON E LINE SEC 21 AT PT 600
.35'S00*W FROM NE COR W SEC 21, N89*W600' FOR POB, S00*W347.02', S76*W(INC)
   COMMENTS: SURVEY & JND ATTACHED @REPLATTED, ALSO POST ALL FOL LEEVISTA CENTER
436 EAST PHASE 1 PLATS: PLAT 2 PB 14/106, PLAT 2A PB 15/13, PLAT 2B PB 17/101, P
LAT 2C PB 24/109, PLAT 1A PB 29/10, PLAT 5 PB 17/103, PLAT 6 PB 28/104 (INC)
      SEARCHD     3/    /     PB    23 /     7 11/15/1976-06/30/2009

 ATID      **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0031 OF 0070
 DOF: 01211999  PR: OR 5664    3499  SR: CN 1999 0029185  DOI: 01191999
 TOI: NC   DESC:                 MIN:       -      -
 1ST PARTY:  ATTORNEYS TITLE INS FUND INC 6545 CORPORATE CENTER BLVD ORLANDO F
L

 2ND PARTY:

    AMOUNT:          NAME:                    TYPE:
 REFERENCE:
   LEGAL:  NONE




   COMMENTS: C-$$A K HOLCOMB CONST INC$#1115 W CENTRAL BLVD#ORLANDO FL 32805#L-$$
NONE$ @POSTING PER TAX ROLLS

      SEARCHD     3/    /     PB    23 /     7 11/15/1976-06/30/2009

 ATID      **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0032 OF 0070
 DOF: 12211998  PR: OR 5641    3046  SR: CN 1998 0527797  DOI: 12151998
 TOI: AGR  DESC:                 MIN:       -      -
 1ST PARTY:  CITY ORLANDO

 2ND PARTY:  DARYL M CARTER TR OF  CARTER O C C LAND TR

    AMOUNT:          NAME:                    TYPE:
 REFERENCE:
   LEGAL:  TR 1 ALL  PB 23/7  LESS LT 1 2 4 TR C & POR LT 3 DESC: PCL 1 BEG AT
INTERSEC ELY R/W LINE CORPORATE CENTRE BLVD WITH NLY LINE TR A  PB 23/83 , N61*E
ALG NLY LINE TR A 625.59' TO PT ON ELY BDY LINE SAID LT 3, N09*E ALG ELY BDY LI
NE 183' , N09*W ALG ELY BDY LINE LT 3 193.14', N85*W684.47' TO PT ON ELY R/W LI
NE SAID CORPORATE CENTRE BLVD SAID PT ON CUR CONCAVE ELY RAD 850', ON CH S07*E,
663.79' ALG ARC SAID CUR THRU CA 42*TO P.T., S29*E102.15' TO POB!PCL 2: BEG AT N

E COR SAID LT 3, ALG ELY BDY SAID LT 3 FOL 3 COURSES:, S06*W316', S05*E302', S0
8*E66.07', LEAVING SAID ELY BDY, N69*W503.01' TO PT ON ELY R/W LINE CORPORATE CE
NTRE BLVD, FOL 3 COURSES ALG SAID ELY R/W LINE:, N20*E165.33' TO P.C. (INC)
   COMMENTS: SURVEY ATTACHED

      SEARCHD     3/    /     PB    23 /     7 11/15/1976-06/30/2009

ATID         **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0033 OF 0070
DOF: 10141998   PR: OR  5591    2092   SR: CN 1998 0419197   DOI: 09281998
TOI: AFF  DESC:                    MIN:      -        -
1ST PARTY: ANTHONY MIJARES

2ND PARTY:

   AMOUNT:          NAME:                        TYPE:
REFERENCE: OR 4284/2166
   LEGAL: NONE

   COMMENTS:

      SEARCHD     3/    /     PB    23 /     7 11/15/1976-06/30/2009

ATID         **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0034 OF 0070
DOF: 10141998   PR: OR  5591    2088   SR: CN 1998 0419196   DOI: 10021998
TOI: AGR  DESC: REL              MIN:      -        -
1ST PARTY:  CITY ORLANDO

2ND PARTY: DARLY M CARTER TR U/A 08-26-98 K/A  CARTER O C C LAND TR   PARKVIEW
PLAZA LTD

   AMOUNT:          NAME:                        TYPE:
REFERENCE:
   LEGAL:  TR II: ALL BLK 14; LT 2, 7 BLK 13; LT 3, 4, 5 & 6 BLK 9; LT 1, 2, 6
& 7 BLK 10; LT 1, 2, 3 & 4 BLK 21, LT 4 BLK 10; ALL CLOSED VOLUSIA ST R/W W OF L
T 1 BLK 15 & E OF LT 4 BLK 10 W OF BLK 14 & E OF BLK 9 & ALL PASCO ST R/W W OFBL
K 20 & E OF BLK 14 W OF LT 1 BLK 21 & E OF LT 4 BLK 15  PB P/87  TR 1: LT 6, 7
& 8 BLK 4; LT 1, 2, 3, 6, 7 & 8 BLK 10; LT 1, 2, 3, 6, 7 & 8 BLK 11; ALL BLK 5 &
 6; ALL CLOSED ESCAMBIA AVE ST R/W S BLK 5 & S LT 6, 7 & 8 BLK 10 & N OF BLK 6 &
 N OF LT 1, 2 & 3 BLK 11; ALL CLOSED OSCEOLA ST R/W E OF BLK 5 & 6 W OF BLK 10
& 11 SAID LOS TERRANOS SUB  PB P/87  TR III: ALL BLK 16 & 22; LT 4 & 5 BLK 11; L
T 5 BLK 10; LT 5, 6, 7 & 8 BLK 15; LT 5, 6, 7 &8 BLK 21; ALL CLOSED (INC)
   COMMENTS:

      SEARCHD     3/    /     PB    23 /     7 11/15/1976-06/30/2009

ATID         **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0035 OF 0070
DOF: 09011998   PR: OR  5560    3658   SR: CN 1998 0353725   DOI: 08261998
TOI: SWD  DESC:                    MIN:      -        -
1ST PARTY:  SWISSCO PROP

2ND PARTY:  DARYL M CARTER TR UNDER UNRECORDED LAND TR AGREEMENT U/A 8-26-98 K/
A  CARTER OCC LAND TR C/O 908 S DELANEY AVE ORLANDO FL 32806-275

   AMOUNT:     40880.00 NAME: HODKIN, PETER M ATTY         TYPE:
REFERENCE: TN 14-23-30-5240-04060 14-23-30-5240-09030 14-23-30-5240-10050 (INC)
   LEGAL:  TR 1  PB 23/7  LESS LT 1 2 4 TR C & POR LT 3 DESC: PCL 1 BEG AT INTE
RSEC ELY R/W LINE CORPORATE CENTRE BLVD NLY LINE TR A  PB 23/83 , N61*E ALG NLY
LINE SAID TR A 626.59' TO PT ON ELY BDY LINE SAID LT 3, N09*E ALG ELY BDY (INC)

   COMMENTS:

```
        SEARCHD    3/    /    PB    23 /    7 11/15/1976-06/30/2009

   ATID          **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0036 OF 0070
   DOF: 09011998  PR: OR  5560     3653  SR: CN 1998 0353724   DOI: 08261998
   TOI: SWD  DESC:                        MIN:         -         -
   1ST PARTY:   JEMA INV INC

   2ND PARTY:  DARYL M CARTER TR UNDER UNRECORDED LAND TR AGREEMENT U/A 8-26-98 K/
   A  CARTER OCC LAND TR C/O 908 S DELANEY AVE ORLANDO FL 32806-1275

       AMOUNT:      13720.00 NAME: HODKIN, PETER M ATTY            TYPE:
   REFERENCE: TN 22-23-30-6395-00030
       LEGAL:  POR LT 3  PB 23/7  DESC: BEG AT NE COR SAID LT 3, ELY BDY SAID LT 3
   3 COURSES: S06*W316', S05*E302', S08*E66.07', LEAVING SAID ELY BDY, N69*W503.01'
   TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD, 3 COURSES ALG SAID ELY R/W (INC)



     COMMENTS:

        SEARCHD    3/    /    PB    23 /    7 11/15/1976-06/30/2009

   ATID          **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0037 OF 0070
   DOF: 09011998  PR: OR  5560     3639  SR: CN 1998 0353720   DOI: 08241998
   TOI: ASN  DESC:                        MIN:         -         -
   1ST PARTY:   SWISSCO PROP

   2ND PARTY:  DARYL M CARTER TR UNRECORDED LAND TR AGREEMENT U/A 8-26-98 K/A  CAR
   TER OCC LAND TR

       AMOUNT:              NAME:                        TYPE:
   REFERENCE: OR 4226/3788
       LEGAL:  NONE



     COMMENTS:

        SEARCHD    3/    /    PB    23 /    7 11/15/1976-06/30/2009

   ATID          **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0038 OF 0070
   DOF: 09011998  PR: OR  5560     3636  SR: CN 1998 0353719   DOI: 08241998
   TOI: REL  DESC:                        MIN:         -         -
   1ST PARTY:   SWISSCO PROP

   2ND PARTY:   JEMA INV INC

       AMOUNT:              NAME:                        TYPE:
   REFERENCE: OR 4226/3788
       LEGAL:  PCL 1: POR LT 3  PB 23/7  DESC: BEG AT NE COR SAID LT 3, ELY BDY SAI
   D LT 3 3 COURSES: S06*W316', S05*E302', S08*E66.07', LEAVING SAID ELY BDY, N69*W
   503.01' TO PT ON ELY R/W LINE COPORATE CENTRE BLVD, 3 COURSES ALG SAID ELY (INC)



     COMMENTS:

        SEARCHD    3/    /    PB    23 /    7 11/15/1976-06/30/2009

   ATID          **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0039 OF 0070
   DOF: 09011998  PR: OR  5560     3633  SR: CN 1998 0353717   DOI: 08241998
   TOI: SM   DESC:                        MIN:         -         -
   1ST PARTY:   SWISSCO PROP
```

2ND PARTY:   JEMA INV INC

    AMOUNT:                    NAME:                                    TYPE:
REFERENCE: OR 4943/5047
    LEGAL:  NONE


    COMMENTS:

      SEARCHD      3/     /      PB     23 /      7 11/15/1976-06/30/2009

ATID         **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0040 OF 0070
DOF: 08131998  PR: OR  5548     4274   SR: CN 1998 0328553   DOI: 08041998
TOI: REL  DESC:                             MIN:      -         -
1ST PARTY:  CITY ORLANDO

2ND PARTY:   SWISSCO PROP

    AMOUNT:                    NAME:                                    TYPE:
REFERENCE: OR 4041/2824
    LEGAL:  ORLANDO CORPORATE CENTRE PHASE 1: POR  PB P/87  DESC: COM AT SW COR
SE/4 SAID SEC 22, N00*W ALG W LINE SE/4 SAID SEC 22 108.63' TO PT ON NLY R/W OF
LEEVISTA BLVD  PB 21/142  & POB, CONT ALG SAID W LINE N00*W2548.07' TO SW C(INC)


    COMMENTS:

      SEARCHD      3/     /      PB     23 /      7 11/15/1976-06/30/2009

ATID         **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0041 OF 0070
DOF: 12041997  PR: OR  5374     1156   SR: CN 1997 0439758   DOI: 10211997
TOI: MMA  DESC:                             MIN:      -         -
1ST PARTY:  JEMA INV INC

2ND PARTY:   OCEAN BK

    AMOUNT:                    NAME:                                    TYPE:
REFERENCE: OR 4943/4994
    LEGAL:  PCL 1: POR LT 3  PB 23/7  DESC: BEG AT NE COR LT 3, ALG ELY BCY LT 3
FOL 3 COURES: S6*W316', S5*E302', S8*E66.07', LEAVING SAID ELY BDY, N69*W503.01
' TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD, FOL 3 COURSES: ALG SAID ELY R/W L
INE, N20*E165.33' TO P.C. CUR CONCAVE NWLY RAD 960' CA 20*, NELY ALG ARC SAID C
UR 345.27' TO P.R., N0*W10.18' TO NW COR LT 3, N89*E ALG N LINE LT 3 350' TO POB
! PCL 3: POR LT 1  PB 23/7  DESC: COM AT SW COR LT 1 SAID PLAT, N0*W ALG W LINE
860' FOR POB, CONT N0*W ALG W LINE 524.95' TO PT ON S LINE TR E SAID PLAT, N90*
E ALG SAID S LINE 84.66' TO PT ON S LINE TR B SAID PLAT FOL 7 COURSES ALG SAID S
 LINE, S21*W74.98', S27*E104.47', N79*E166.99', M71*E85', N81*E258' (INC)
    COMMENTS:

      SEARCHD      3/     /      PB     23 /      7 11/15/1976-06/30/2009

ATID         **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0042 OF 0070
DOF: 12041997  PR: OR  5374     1149   SR: CN 1997 0439756   DOI: 10211997
TOI: CTF  DESC:                             MIN:      -         -
1ST PARTY:  JEMA INV INC

2ND PARTY:

    AMOUNT:                    NAME:                                    TYPE:
REFERENCE: OR 4943/4994
    LEGAL:  PCL 1: POR LT 3  PB 23/7  DESC: BEG AT NE COR LT 3, ALG ELY BCY LT 3

FOL 3 COURES: S6*W316', S5*E302', S8*E66.07', LEAVING SAID ELY BDY, N69*W503.01
' TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD, FOL 3 COURSES: ALG SAID ELYR/W LI
NE, N20*E165.33' TO P.C. CUR CONCAVE NWLY RAD 960' CA 20*, NELY ALG ARC SAID CU
R 345.27' TO P.R., N0*W10.18' TO NW COR LT 3, N89*E ALG N LINE LT 3 350' TO POB!
PCL 3: POR LT 1  PB 23/7  DESC: COM AT SW COR LT 1 SAID PLAT, N0*W ALG W LINE 8
60' FOR POB, CONT N0*W ALG W LINE 524.95' TO PT ON S LINE TR E SAID PLAT, N90*E
ALG SAID S LINE 84.66' TO PT ON S LINE TR B SAID PLAT FOL 7 COURSES ALG SAID S
LINE, S21*W74.98', S27*E104.47', N79*E166.99', M71*E85', N81*E258' (INC)
   COMMENTS:

      SEARCHD    3/     /      PB     23 /      7 11/15/1976-06/30/2009

ATID       **** ATTORNEYS' TITLE FUND SERVICES, LLC. **** PAGE 0043 OF 0070
DOF: 06171997   PR: OR  5275     2125   SR: CN 1997 0217672   DOI: 05191997
TOI: O    DESC: AMD             MIN:          -         -
1ST PARTY:   CITY ORLANDO FL

2ND PARTY:   SWISSCO PROP

     AMOUNT:             NAME:                         TYPE:
REFERENCE: OR 3929/2126
     LEGAL:   POR SEC 22 & 23-23-30 DESC: BEG AT S/4 COR SEC 22, N0*W ALG N/S CNTR
SEC LINE 3322.6' TO INTERSEC WITH WLY EXT OF N LINE LT 8 BLK 4  PB P/87 , N89*E
ALG SAID WLY EXT & N LINE LT 8-6 BLK 4 SAID SUB 981.26' TO E LINE LT 6, S0*E AL
G E LINE LT 6 & ITS SLY EXT 685.45' TO C/L SUWANNEE AVE AS SHOWN ON SAID PLAT,
N89*E ALG SAID C/L 1011.33', N0*W30' TO SW COR LT 6 BLK 9 SAID SUB, CONT N0*W AL
G W LINE LT 6 & LT 3 BLK 9 1269.94' TO S R/W LINE SEMINOLE AVE SAID PLAT, N89*E
ALG SAID R/W LINE 683.8', N89*E CONT ALG SAID S R/W LINE 1982.36' TO NE COR LT
2 BLK 20 SAID SUB, S0*E ALG E LINE LT 2 & LT 6 BLK 20 & ITS SLY EXT 1332.63' TO
SLY R/W LINE SUWANNEE AVE, N89*E ALG SAID R/W LINE 630.86' TO PT/INTERSEC (INC)
   COMMENTS: SURVEY ATTACHED @REPLATTED ALSO POST ALL ORLANDO CORPORATE CENTRE PH
ASE 1 PB 23/7

      SEARCHD    3/     /      PB     23 /      7 11/15/1976-06/30/2009

ATID       **** ATTORNEYS' TITLE FUND SERVICES, LLC. **** PAGE 0044 OF 0070
DOF: 06101997   PR: OR  5270     4438   SR: CN 1997 0207220   DOI: 05301997
TOI: LN   DESC:                MIN:          -         -
1ST PARTY:   CITY ORLANDO

2ND PARTY: MICKEY M WALKER MILDRED R HICKS LIFE EST  SWISSCO PROP    JEMA INV
INC  RICHARD L HARPER

     AMOUNT:             NAME:                         TYPE:
REFERENCE:
     LEGAL:    PB F/97  LT 24!  PB K/8  LT 3 & E/2 ALLEY ON W!  PB 23/83  TR A!  P
B 23/7  LT 3 (LESS POR  PB 23/83 ) & (LESS BEG AT INTERSEC ELY R/W CORPORATE CEN
TR BV WITH NLY LINE TR A  PB 23/83  N61*E626.59' N9*E183' N9*W193.14' N85*W684.4
7' TO ELY R/W LINE CORPORATE CENTRE BV, ELY 663.79' S29*E102.15' TO POB) OR 494
3/4985!  PB L/89  LT 20 BLK D

   COMMENTS:

      SEARCHD    3/     /      PB     23 /      7 11/15/1976-06/30/2009

ATID       **** ATTORNEYS' TITLE FUND SERVICES, LLC. **** PAGE 0045 OF 0070
DOF: 04091997   PR: OR  5231     1663   SR: CN 1997 0120882   DOI: 04091997
TOI: SWD  DESC:                MIN:          -         -
1ST PARTY:   TUSCANY PROP LTD

2ND PARTY:   ATTORNEYS TITLE INS FUND INC  5955 T G LEE BLVD STE 500 ORLANDO FL
32822

     AMOUNT:      38500.00 NAME: LOWNDES DROSDICK              TYPE:

REFERENCE: TN 22-23-30-6301-00010 22-23-30-6395-00031 22-23-30-6301-00020
    LEGAL: LT 1 & 2  PB 23/83  POR LT 3  PB 23/7  DESC: BEG AT INTERSEC OF ELY
R/W LINE CORPORATE CNTRE 1ST REPLAT  PB 23/83  N61*E ALG NLY LINE TR A 626.59' T
O PT ON ELY BDY LINE LT 3, N09*E ALG ELY BDY LINE 183', N09*W ALG ELY BDY LINE L
T 3, 193.14', N85*W684.47' TO PT ON ELY R/W LINE OF CORPORATE CENTRE BLVD PT ON
CUR CONCAVE ELY RAD 890', ON CH BRG OF S07*E663.79' ALG ARC CUR THRU CA 42* TO
PT TAN, S29*E102.15' TO POB


  COMMENTS:


     SEARCHD   3/  /     PB   23 /     7 11/15/1976-06/30/2009

ATID       **** ATTORNEYS' TITLE FUND SERVICES, LLC. **** PAGE 0046 OF 0070
DOF: 04091997  PR: OR 5231    1658  SR: CN 1997 0120881  DOI:04021997
TOI: NC  DESC: TERMINATION          MIN:      -      -
1ST PARTY:  TUSCANY PROP LTD


2ND PARTY:


    AMOUNT:         NAME:                    TYPE:
REFERENCE: OR 5183/4548
    LEGAL:  LT 1 & 2  PB 23/83  POR LT 3  PB 23/7  DESC: BEG AT INTERSEC OF ELY
R/W LINE CORPORATE CNTRE 1ST REPLAT  PB 23/83  N61*E ALG NLY LINE TR A 626.59' T
O PT ON ELY BDY LINE LT 3, N09*E ALG ELY BDY LINE 183', N09*W ALG ELY BDY LINE L
T 3, 193.14', N85*W684.47' TO PT ON ELY R/W LINE OF CORPORATE CENTRE BLVD PT ON
CUR CONCAVE ELY RAD 890', ON CH BRG OF S07*E663.79' ALG ARC CUR THRU CA 42* TO
PT TAN, S29*E102.15' TO POB


  COMMENTS:


     SEARCHD   3/  /     PB   23 /     7 11/15/1976-06/30/2009

ATID       **** ATTORNEYS' TITLE FUND SERVICES, LLC. **** PAGE 0047 OF 0070
DOF: 04091997  PR: OR 5231    1656  SR: CN 1997 0120880  DOI:04091997
TOI: SM  DESC:                MIN:      -      -
1ST PARTY:  CITRUS BK


2ND PARTY:  TUSCANY PROP LTD

    AMOUNT:         NAME:                    TYPE:
REFERENCE: OR 5080/3385,3402,3408
    LEGAL: NONE




  COMMENTS:


     SEARCHD   3/  /     PB   23 /     7 11/15/1976-06/30/2009

ATID       **** ATTORNEYS' TITLE FUND SERVICES, LLC. **** PAGE 0048 OF 0070
DOF: 06271996  PR: OR 5080    3411  SR: CN 1996 5667799  DOI:06261996
TOI: PRM  DESC:               MIN:      -      -
1ST PARTY:  1ST UNION NATL BK FL


2ND PARTY:  SWISSCO PROP   PARKVIEW PLAZA LTD


    AMOUNT:         NAME:                    TYPE:
REFERENCE:
    LEGAL:  LTS 1 & 2  PB 23/83  & POR LT 3  PB 23/7  DESC:BEG AT INTERSEC OF EL
Y R/W LINE CORPORATE CENTRE BLVD WITH NLY LINE TR A  PB 23/83 , N61*E ALG NLY LI
NE TR A 626.59' TO PT ON ELY BDY LIEN LT 3, N9*E ALG ELY BDY 183', N9*W ALG ELYB
DY LINE LT 3 193.14', N85*W684.47' TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD

SAID PT ON CUR CONCAVE ELY RAD 690', ON CH BRG S7*E, 663.79' ALG ARC CUR THRU CA
42* TO P.T., S29*E102.15' TO POB


　COMMENTS:

　　　SEARCHD　　3/　　/　　　PB　　23 /　　　7 11/15/1976-06/30/2009

　ATID　　　　**** ATTORNEYS' TITLE FUND SERVICES, LLC.　**** PAGE 0049 OF 0070
　DOF: 06271996　PR: OR　5080　　3408　SR: CN 1996 5667798　DOI: 01011900
　TOI: UCC　DESC:　　　　　　　　　　　MIN:　　　-　　　　-
　1ST PARTY:　TUSCANY PROP LTD

　2ND PARTY:　CITRUS BK

　　AMOUNT:　　　　　NAME:　　　　　　　　　　TYPE:
　REFERENCE:
　　LEGAL:　LTS 1 & 2　PB 23/83　& POR LT 3　PB 23/7　DESC:BEG AT INTERSEC OF EL
　Y R/W LINE CORPORATE CENTRE BLVD WITH NLY LINE TR A　PB 23/83 , N61*E ALG NLY LI
　NE TR A 626.59' TO PT ON ELY BDY LIEN LT 3, N9*E ALG ELY BDY 183', N9*W ALG ELYB
　DY LINE LT 3 193.14', N85*W684.47' TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD
　SAID PT ON CUR CONCAVE ELY RAD 690', ON CH BRG S7*E, 663.79' ALG ARC CUR THRU CA
　42* TO P.T., S29*E102.15' TO POB


　COMMENTS:

　　　SEARCHD　　3/　　/　　　PB　　23 /　　　7 11/15/1976-06/30/2009

　ATID　　　　**** ATTORNEYS' TITLE FUND SERVICES, LLC.　**** PAGE 0050 OF 0070
　DOF: 06271996　PR: OR　5080　　3402　SR: CN 1996 5667797　DOI: 06261996
　TOI: ALS　DESC:　　　　　　　　　　　MIN:　　　-　　　　-
　1ST PARTY:　TUSCANY PROP LTD

　2ND PARTY:　CITRUS BK

　　AMOUNT:　　　　　NAME:　　　　　　　　　　TYPE:
　REFERENCE:
　　LEGAL:　LTS 1 & 2　PB 23/83　& POR LT 3　PB 23/7　DESC:BEG AT INTERSEC OF EL
　Y R/W LINE CORPORATE CENTRE BLVD WITH NLY LINE TR A　PB 23/83 , N61*E ALG NLY LI
　NE TR A 626.59' TO PT ON ELY BDY LIEN LT 3, N9*E ALG ELY BDY 183', N9*W ALG ELYB
　DY LINE LT 3 193.14', N85*W684.47' TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD
　SAID PT ON CUR CONCAVE ELY RAD 690', ON CH BRG S7*E, 663.79' ALG ARC CUR THRU CA
　42* TO P.T., S29*E102.15' TO POB


　COMMENTS:

　　　SEARCHD　　3/　　/　　　PB　　23 /　　　7 11/15/1976-06/30/2009

　ATID　　　　**** ATTORNEYS' TITLE FUND SERVICES, LLC.　**** PAGE 0051 OF 0070
　DOF: 06271996　PR: OR　5080　　3385　SR: CN 1996 5667796　DOI: 06261996
　TOI: M　　DESC:　　　　　　　　　　　MIN:　　　-　　　　-
　1ST PARTY:　TUSCANY PROP LTD

　2ND PARTY:　CITRUS BK　100 S ORANGE AVE STE 100 ORLANDO FL 32801

　　AMOUNT:　　1800000.00 NAME: LOWNDES DROSDICK　　　　TYPE: CONV
　REFERENCE:
　　LEGAL:　LTS 1 & 2　PB 23/83　& POR LT 3　PB 23/7　DESC:BEG AT INTERSEC OF EL
　Y R/W LINE CORPORATE CENTRE BLVD WITH NLY LINE TR A　PB 23/83 , N61*E ALG NLY LI
　NE TR A 626.59' TO PT ON ELY BDY LIEN LT 3, N9*E ALG ELY BDY 183', N9*W ALG ELYB
　DY LINE LT 3 193.14', N85*W684.47' TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD
　SAID PT ON CUR CONCAVE ELY RAD 690', ON CH BRG S7*E, 663.79' ALG ARC CUR THRU CA
　42* TO P.T., S29*E102.15' TO POB

COMMENTS:

    SEARCHD    3/    /    PB    23 /    7 11/15/1976-06/30/2009

ATID    **** ATTORNEYS' TITLE FUND SERVICES, LLC. **** PAGE 0052 OF 0070
DOF: 06271996  PR: OR  5080    3382  SR: CN 1996 5667795  DOI: 06251996
TOI: SWD  DESC:               MIN:      -      -
1ST PARTY:  O R E O INC

2ND PARTY:  TUSCANY PROP LTD  205 E CENTRAL BLVD STE 600 ORLANDO FL 32801

    AMOUNT:    15400.00 NAME: HOLLAND KNIGHT             TYPE:
REFERENCE: TN 22-23-30-6301-00010 22-23-30-6301-00020 22-23-30-6395-00030
    LEGAL: LTS 1 & 2  PB 23/83  & POR LT 3  PB 23/7  DESC:BEG AT INTERSEC OF EL
Y R/W LINE CORPORATE CENTRE BLVD WITH NLY LINE TR A  PB 23/83 , N61*E ALG NLY LI
NE TR A 626.59' TO PT ON ELY BDY LINE LT 3, N9*E ALG ELY BDY 183', N9*W ALG ELY
BDY LINE LT 3 193.14', N85*W684.47' TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD
SAID PT ON CUR CONCAVE ELY RAD 890', ON CH BRG S7*E, 663.79' ALG ARC CUR THRU C
A 42* TO P.T., S29*E102.15' TO POB


COMMENTS:

    SEARCHD    3/    /    PB    23 /    7 11/15/1976-06/30/2009

ATID    **** ATTORNEYS' TITLE FUND SERVICES, LLC. **** PAGE 0053 OF 0070
DOF: 09121995  PR: OR  4943    5047  SR: CN 1995 5353022  DOI: 08241995
TOI: M    DESC:               MIN:      -      -
1ST PARTY:  JEMA INV INC

2ND PARTY:  SWISSCO PROP  7975 NW 154TH ST MIAMI LAKES FL 33016

    AMOUNT:    2220000.00 NAME: HODKIN, PETER M ATTY        TYPE: CONV
REFERENCE:
    LEGAL:  PCL 1: POR LT 3  PB 23/7  DESC: BEG AT NE COR LT 3, ALG ELY BCY LT 3
FOL 3 COURES: S6*W316', S5*E302', S8*E66.07', LEAVING SAID ELY BDY, N69*W503.01
' TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD, FOL 3 COURSES: ALG SAID ELY R/W L
INE, N20*E165.33' TO P.C. CUR CONCAVE NWLY RAD 960' CA 20*, NELY ALG ARC SAID C
UR 345.27' TO P.R., N0*W10.18' TO NW COR LT 3, N89*E ALG N LINE LT 3 350' TO POB
! PCL 3: POR LT 1  PB 23/7  DESC: COM AT SW COR LT 1 SAID PLAT, N0*W ALG W LINE
860' FOR POB, CONT N0*W ALG W LINE 524.95' TO PT ON S LINE TR E SAID PLAT, N90*
E ALG SAID S LINE 84.66' TO PT ON S LINE TR B SAID PLAT FOL 7 COURSES ALG SAID S
LINE, S21*W74.98', S27*E104.47', N79*E166.99', M71*E85', N81*E258' (INC)
    COMMENTS:

    SEARCHD    3/    /    PB    23 /    7 11/15/1976-06/30/2009

ATID    **** ATTORNEYS' TITLE FUND SERVICES, LLC. **** PAGE 0054 OF 0070
DOF: 09121995  PR: OR  4943    5024  SR: CN 1995 5353020  DOI: 08241995
TOI: CTF  DESC:               MIN:      -      -
1ST PARTY:  JEMA INV INC

2ND PARTY:

    AMOUNT:        NAME:                   TYPE:
REFERENCE:
    LEGAL:  PCL 1: POR LT 3  PB 23/7  DESC: BEG AT NE COR LT 3, ALG ELY BCY LT 3
FOL 3 COURES: S6*W316', S5*E302', S8*E66.07', LEAVING SAID ELY BDY, N69*W503.01
' TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD, FOL 3 COURSES: ALG SAID ELY R/W L
INE, N20*E165.33' TO P.C. CUR CONCAVE NWLY RAD 960' CA 20*, NELY ALG ARC SAID C
UR 345.27' TO P.R., N0*W10.18' TO NW COR LT 3, N89*E ALG N LINE LT 3 350' TO POB
! PCL 3: POR LT 1  PB 23/7  DESC: COM AT SW COR LT 1 SAID PLAT, N0*W ALG W LINE
860' FOR POB, CONT N0*W ALG W LINE 524.95' TO PT ON S LINE TR E SAID PLAT, N90*

```
E ALG SAID S LINE 84.66' TO PT ON S LINE TR B SAID PLAT FOL 7 COURSES ALG SAID S
LINE, S21*W74.98', S27*E104.47', N79*E166.99', M71*E85', N81*E258' (INC)
   COMMENTS:


        SEARCHD    3/    /     PB    23 /       7 11/15/1976-06/30/2009


ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0055 OF 0070
DOF: 09121995  PR: OR  4943      5018  SR: CN 1995 5353019  DOI: 01011900
TOI: UCC  DESC:                        MIN:        -        -
1ST PARTY:  JEMA INV INC

2ND PARTY:  OCEAN BK

    AMOUNT:            NAME:                          TYPE:
REFERENCE:
    LEGAL:  PCL 1: POR LT 3  PB 23/7  DESC: BEG AT NE COR LT 3, ALG ELY BCY LT 3
FOL 3 COURES: S6*W316', S5*E302', S8*E66.07', LEAVING SAID ELY BDY, N69*W503.01
' TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD, FOL 3 COURSES: ALG SAID ELY R/W L
INE, N20*E165.33' TO P.C. CUR CONCAVE NWLY RAD 960' CA 20*, NELY ALG ARC SAID C
UR 345.27' TO P.R., N0*W10.18' TO NW COR LT 3, N89*E ALG N LINE LT 3 350' TO POB
! PCL 3: POR LT 1  PB 23/7  DESC: COM AT SW COR LT 1 SAID PLAT, N0*W ALG W LINE
860' FOR POB, CONT N0*W ALG W LINE 524.95' TO PT ON S LINE TR E SAID PLAT, N90*
E ALG SAID S LINE 84.66' TO PT ON S LINE TR B SAID PLAT FOL 7 COURSES ALG SAID S
LINE, S21*W74.98', S27*E104.47', N79*E166.99', M71*E85', N81*E258' (INC)
   COMMENTS:


        SEARCHD    3/    /     PB    23 /       7 11/15/1976-06/30/2009


ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0056 OF 0070
DOF: 09121995  PR: OR  4943      5009  SR: CN 1995 5353018  DOI: 08241995
TOI: ALS  DESC:                        MIN:        -        -
1ST PARTY:  JEMA INV INC

2ND PARTY:  OCEAN BK

    AMOUNT:            NAME:                          TYPE:
REFERENCE:
    LEGAL:  PCL 1: POR LT 3  PB 23/7  DESC: BEG AT NE COR LT 3, ALG ELY BCY LT 3
FOL 3 COURES: S6*W316', S5*E302', S8*E66.07', LEAVING SAID ELY BDY, N69*W503.01
' TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD, FOL 3 COURSES: ALG SAID ELY R/W L
INE, N20*E165.33' TO P.C. CUR CONCAVE NWLY RAD 960' CA 20*, NELY ALG ARC SAID C
UR 345.27' TO P.R., N0*W10.18' TO NW COR LT 3, N89*E ALG N LINE LT 3 350' TO POB
! PCL 3: POR LT 1  PB 23/7  DESC: COM AT SW COR LT 1 SAID PLAT, N0*W ALG W LINE
860' FOR POB, CONT N0*W ALG W LINE 524.95' TO PT ON S LINE TR E SAID PLAT, N90*
E ALG SAID S LINE 84.66' TO PT ON S LINE TR B SAID PLAT FOL 7 COURSES ALG SAID S
LINE, S21*W74.98', S27*E104.47', N79*E166.99', M71*E85', N81*E258' (INC)
   COMMENTS:


        SEARCHD    3/    /     PB    23 /       7 11/15/1976-06/30/2009


ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0057 OF 0070
DOF: 09121995  PR: OR  4943      4994  SR: CN 1995 5353017  DOI: 08241995
TOI: M    DESC:                        MIN:        -        -
1ST PARTY:  JEMA INV INC

2ND PARTY:   OCEAN BK  780 NW 42ND AVE MIAMI FL 33126

    AMOUNT:    2455500.00 NAME: CONSUEGRA, LUIS A ATTY        TYPE: CONV
REFERENCE:
    LEGAL:  PCL 1: POR LT 3  PB 23/7  DESC: BEG AT NE COR LT 3, ALG ELY BCY LT 3
FOL 3 COURES: S6*W316', S5*E302', S8*E66.07', LEAVING SAID ELY BDY, N69*W503.01
' TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD, FOL 3 COURSES: ALG SAID ELY R/W L
INE, N20*E165.33' TO P.C. CUR CONCAVE NWLY RAD 960' CA 20*, NELY ALG ARC SAID C
UR 345.27' TO P.R., N0*W10.18' TO NW COR LT 3, N89*E ALG N LINE LT 3 350' TO POB
! PCL 3: POR LT 1  PB 23/7  DESC: COM AT SW COR LT 1 SAID PLAT, N0*W ALG W LINE
```

860' FOR POB, CONT N0*W ALG W LINE 524.95' TO PT ON S LINE TR E SAID PLAT, N90*
E ALG SAID S LINE 84.66' TO PT ON S LINE TR B SAID PLAT FOL 7 COURSES ALG SAID S
LINE, S21*W74.98', S27*E104.47', N79*E166.99', M71*E85', N81*E258' (INC)
   COMMENTS:

     SEARCHD     3/     /     PB    23 /     7 11/15/1976-06/30/2009

ATID       **** ATTORNEYS' TITLE FUND SERVICES, LLC. **** PAGE 0058 OF 0070
DOF: 09121995   PR: OR  4943     4990   SR: CN 1995 5353016   DOI: 07191995
TOI: AFF  DESC:                     MIN:         -        -
1ST PARTY: ANTHONY MIJARES JR

   2ND PARTY:

    AMOUNT:           NAME:                           TYPE:
REFERENCE:
   LEGAL: PCL 1: POR LT 3 PB 23/7 DESC: BEG AT NE COR LT 3, ALG ELY BCY LT 3
FOL 3 COURES: S6*W316', S5*E302', S8*E66.07', LEAVING SAID ELY BDY, N69*W503.01
' TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD, FOL 3 COURSES: ALG SAID ELY R/W L
INE, N20*E165.33' TO P.C. CUR CONCAVE NWLY RAD 960' CA 20*, NELY ALG ARC SAID C
UR 345.27' TO P.R., N0*W10.18' TO NW COR LT 3, N89*E ALG N LINE LT 3 350' TO POB
! PCL 3: POR LT 1 PB 23/7 DESC: COM AT SW COR LT 1 SAID PLAT, N0*W ALG W LINE
860' FOR POB, CONT N0*W ALG W LINE 524.95' TO PT ON S LINE TR E SAID PLAT, N90*
E ALG SAID S LINE 84.66' TO PT ON S LINE TR B SAID PLAT FOL 7 COURSES ALG SAID S
LINE, S21*W74.98', S27*E104.47', N79*E166.99', M71*E85', N81*E258' (INC)
   COMMENTS:

     SEARCHD     3/     /     PB    23 /     7 11/15/1976-06/30/2009

ATID       **** ATTORNEYS' TITLE FUND SERVICES, LLC. **** PAGE 0059 OF 0070
DOF: 09121995   PR: OR  4943     4985   SR: CN 1995 5353015   DOI: 07191995
TOI: SWD  DESC:                     MIN:         -        -
1ST PARTY: SWISSCO PROP

   2ND PARTY: JEMA INV INC 13655 SW 34TH ST MIAMI FL 33175

    AMOUNT:      26054.00 NAME: HODKIN, PETER M ATTY           TYPE:
REFERENCE: TN 22-23-30-6395-00010, 22-23-30-6395-00030
   LEGAL: PCL 1: POR LT 3 PB 23/7 DESC: BEG AT NE COR LT 3, ALG ELY BCY LT 3
FOL 3 COURES: S6*W316', S5*E302', S8*E66.07', LEAVING SAID ELY BDY, N69*W503.01
' TO PT ON ELY R/W LINE CORPORATE CENTRE BLVD, FOL 3 COURSES: ALG SAID ELY R/W L
INE, N20*E165.33' TO P.C. CUR CONCAVE NWLY RAD 960' CA 20*, NELY ALG ARC SAID C
UR 345.27' TO P.R., N0*W10.18' TO NW COR LT 3, N89*E ALG N LINE LT 3 350' TO POB
! PCL 3: POR LT 1 PB 23/7 DESC: COM AT SW COR LT 1 SAID PLAT, N0*W ALG W LINE
860' FOR POB, CONT N0*W ALG W LINE 524.95' TO PT ON S LINE TR E SAID PLAT, N90*
E ALG SAID S LINE 84.66' TO PT ON S LINE TR B SAID PLAT FOL 7 COURSES ALG SAID S
LINE, S21*W74.98', S27*E104.47', N79*E166.99', M71*E85', N81*E258' (INC)
   COMMENTS:

     SEARCHD     3/     /     PB    23 /     7 11/15/1976-06/30/2009

ATID       **** ATTORNEYS' TITLE FUND SERVICES, LLC. **** PAGE 0060 OF 0070
DOF: 04031995   PR: OR  4874      41   SR: CN 1995 5187834   DOI: 03271995
TOI: D    DESC:                     MIN:         -        -
1ST PARTY: SWISSCO PORP

   2ND PARTY: O R E O INC

    AMOUNT:      10395.00 NAME: ZUCKERMAN SPAEDER           TYPE:
REFERENCE: TN 22-23-30-6301-00020
   LEGAL: PCL A: LT 2 PB 23/83 ! PCL B:POR LT 3 PB 23/7 , BEG AT INTERSEC EL
Y R/W LINE CORP CENTRE BLVD WITH NLY LINE TR A PB 23/83 , N61*E ALG NLY LINE TR
A 626.59' TO PT ON ELY BDY LINE LT 3, N9*E ALG ELY BDY LINE 183', N9*W ALG ELY
BDY LINE LT 3 193.14', N85*W684.47' TO PT ON ELY R/W LINE CORP CENTRE BLVD ON C
UR CONCAVE WLY RAD 890', ON CH S7*E, 663.79' ALG ARC CUR THRU CA 42* TO P.T., S2

9*E102.15' TO POB


COMMENTS:

      SEARCHD    3/    /    PB    23 /    7 11/15/1976-06/30/2009

ATID      **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0061 OF 0070
DOF: 09091994  PR: OR 4794    1806  SR: CN 1994 4998772  DOI: 08261994
TOI: M  DESC:                MIN:      -      -
1ST PARTY:  SWISSCO PROP  PARKVIEW PLAZA LTD

2ND PARTY:  1ST UNION NATL BK FL  2300 MAITLAND CENTER PKWY STE 201 MAITLAND F
L

    AMOUNT:    1485000.00 NAME:              TYPE: CONV
REFERENCE:
    LEGAL:  PLC A: LT 2  PB 23/83 ; PLC B: POR LT 3  PB 23/7  BEG AT INTERSEC EL
Y R/W LINE CORPORATE CENTRE BLV WITH NLY LINE TR A  PB 23/83  N61*E ALG NLY LINE
SAID TR A 626.59' TO PT ON ELY BDY LINE SAID LT 3, N9*E ALG ELY BDY LINE 183',
N9' W ALG SAID ELY BDY LINE LT 3 193.14', N85*W684.47' TO PT ON ELY R/W LINE SA
ID CORPORATE CENTRE BLVD, ON CUR CONCAVE ELY, EAD 890', CH S7*E663.79' ALG ARC S
AID CUR THRU CA 42' TO PT TAN, S29*E102.15' TO POB


COMMENTS:

      SEARCHD    3/    /    PB    23 /    7 11/15/1976-06/30/2009

ATID      **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0062 OF 0070
DOF: 04141994  PR: OR 4726    4523  SR: CN 1994 4839264  DOI: 01011900
TOI: DIS  DESC:             MIN:      -      -
1ST PARTY:  US AMER

2ND PARTY:  SWISSCO PROP WITHIN MIDDLE DISTRICT FL ETC

    AMOUNT:      NAME:              TYPE:
REFERENCE: 92-302
    LEGAL:  ORLANOD CORP CENTRE: ALL  PB 23/7  LESS  PB 23/83 , ORLANDO CORP CEN
TRE REPLAT REPLAT ALL  PB 23/83  REMAINDER OF TR I: LTS 3 & 6 BLK 10 & LTS 3 & 6
BLK 11  PB P/87 , TR II: ALL BLK 14, LTS 2 & 7 BLK 13, LTS 3-6 BLK 9, LTS 1 2 6
& 7 BLK 20, LTS 1-4 BLK 15, LTS 1-4 BLK 21, LT 4 BLK 10, ALL CLOSED VOLUSIA ST
R/W LYING W OF LT 1 BLK 15 E OF LT 4 BLK 10 & LYING W SAID BLK 14 & E OF BLK 9
& ALL CLOSED PASCO ST R/W SAID BLK 20 & E BLK 14 & LYING W OF LT 1 BLK 21 & E OF
LT 4 BLK 15  PB P/87  TR III: ALL BLKS 16 & 22, LTS 4 & 5 BLK 11, LT 5 BLK 10,
LTS 5-8 BLK 15, LTS 5-8 BLK 21, ALL CLOSED VOLUSIA ST R/W LYING W OF BLK 16 & E
OF LT 5 BLK 10, ALL CLOSED ESCAMBIA AVE ST R/W LYING N OF BLK 16 & 22 (INC)
COMMENTS:

      SEARCHD    3/    /    PB    23 /    7 11/15/1976-06/30/2009

ATID      **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0063 OF 0070
DOF: 04031992  PR: OR 4394    3939  SR: CN 1992 4044598  DOI: 04031992
TOI: LP  DESC:             MIN:      -      -
1ST PARTY:  US AMER

2ND PARTY:  SWISSCO PROP WITHIN MIDDLE DISTRICT FL

    AMOUNT:      NAME:              TYPE:
REFERENCE: 92-302
    LEGAL:  ALL  PB 23/7  ALL  PB 23/83 ! ALL  PB 23/83  RAMINDER TR 1 LTS 3 & 6
BLK 10 & LTS 3 & 6 BLK 11  PB P/87 ! TR 2 ALL BLK 14 LTS 2 & 7 BLK 13 LTS 3-6 B
LK 9 LTS 1 2 6 & 7 BLK 20 LTS 1-4 BLK 15 LTS 1-4 BLK 21 LT 4 BLK 10 ALL CLOSED V
OLUSIA ST R/W W OF LT 1 BLK 15 & E LT 4 BLK 10 & W BLK 14 & E BLK 9 & ALL CLOSE
D PASCO ST R/W W OF BLK 20 & E BLK 14 & & W OF LT 1 BLK 21 & E LT 4 BLK 15  PB P

```
/87 ! TR 3 ALL BLK 16 & 22 LTS 4 & 5 BLK 11 LT 5 BLK 10 LTS 5-8 BLK 15 LTS 5-8 B
LK 21 ALL CLOSED VOLUSIA ST R/W W OF BLK 16 & E BLK 11 & W LT 5 BLK 14 & E LT 5
BLK 10 ALL CLOSED ESCAMBIA AVE ST R/W N OF BLKS 16 & 22 & S BLKS 15 & 21 & N OF
LT 4 BLK 11 & S OF LT 5 BLK 10  PB P/87 ! 3 PTS TR N474' S978' N/2 SE/4 (INC)
  COMMENTS:


       SEARCHD    3/   /       PB    23 /    7 11/15/1976-06/30/2009

ATID          **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0064 OF 0070
DOF: 05061991   PR: OR  4284      2166   SR: CN 1991 3774736  DOI: 04291991
TOI: AGR  DESC:                         MIN:        -         -
1ST PARTY:  SWISSCO PROPERTIES

2ND PARTY:  PARKVIEW PLAZA LTD

     AMOUNT:              NAME:                        TYPE:
REFERENCE:
     LEGAL: TR 2: ALL BLK 14: LTS 2 & 7 BLK 13:LTS 3-6 BLK 9: LTS 1 2 6 & 7 BL 2
0: LTS 1-4 BLK 15: LTS 1-4 BLK 21: LT 4 BLK 10: ALL CLOSED VOLUSIA ST R/W W OF L
T 1 BLK 15 & E OF LT 4 BLK 10 & W OF BLK 14 & E OF BLK 9 & ALL CLOSED PASCO ST R
/W W OF BLK 20 & E OF BLK 14 & W OF LT 1 BLK 21 & E OF LT 4 BLK 15  PB P/87 ! T
R 1: LTS 6-8 BLK 4: LTS 1-3 6-8 BLK 10: LTS 1-3 6-8 BLK 11: ALL BLKS 5 & 6: ALL
CLOSED ESCAMBIA AVE ST R/W S OF BLK 5 & S OF LTS 6-8 BLK 10 & N OF BLK 6 & N OF
LTS 1-3 BLK 11: ALL CLOSED OSCEOLA ST R/W E OF BLKS 5 & 6 & W OF BLKS 10 & 11
PB P/87 TR 3: ALL BLKS 16 & 22: LTS 4 & 5 BLK 11: LT 5 BLK 10: LTS 5-8 BLK 15: L
TS 5-8 BLK 21: ALL CLOSED VOLUSIA ST R/W W OF BLK 16 & E BLK 11 & W OF (INC)
  COMMENTS: REPLATTED ALSO POST LTS 1-4 TRS A-G ORLANDO CORPORATE CENTRE PHASE 1
PB 23/7 & ALL ORLANDO CORPORATE CENTRE 1ST REPLAT PB 23/83

       SEARCHD    3/   /       PB    23 /    7 11/15/1976-06/30/2009

ATID          **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0065 OF 0070
DOF: 03081991   PR: OR  4267      3493   SR: CN 1991 3730947  DOI: 12131990
TOI: R   DESC: AMD                      MIN:        -         -
1ST PARTY:  SWISSCO PROP

2ND PARTY:

     AMOUNT:              NAME:                        TYPE:
REFERENCE: OR 4226/3788
     LEGAL: LT 1  PB 23/83  DESIRES TO ADD LT 1 TO PARKVIEW, 1: TRS A-G  PB 23/7




  COMMENTS: SURVEY ATTACHED

       SEARCHD    3/   /       PB    23 /    7 11/15/1976-06/30/2009

ATID          **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0066 OF 0070
DOF: 10111990   PR: OR  4226      3788   SR: CN 1990 3623865  DOI: 09281990
TOI: R   DESC:                          MIN:        -         -
1ST PARTY:  SWISSCO PROP

2ND PARTY:

     AMOUNT:              NAME:                        TYPE:
REFERENCE:
     LEGAL:  PB 23/7  DESC: POR REPLAT OF PB P/87  DESC: COM AT SW COR SE/4 SEC
22, N0*W ALG W LINE SE/4 SEC 22 108.63' TO PT ON NLY R/W LINE OF LEEVISTA BLVD O
N LEEVISTA BLVD  PB 21/142 & POB, CONT ALG W LINE OF SE/4 N0*W2548.07' TO SW COR
NE/4 SEC 22, N0*W ALG W LINE NE/4 SEC 22 665.91', N89*E981.26', S0*E665.45' TO
PT ON N LINE SE/4 SEC 22, ALG LINE N89*E756.95', S06*W316', S05*E302', S08*E285
', S09*E310', S09*W428', S08*E193', S20*E175', S02*E270', S10*E240', S24*E99.92'
, S89*W352.71' TO PT ON NLY R/W LINE OF LEEVISTA BLVD, CONT ALG NLY R/W LINE FO
```

L 3 COURSES S89*W778.32' TO P.C. CUR CONCAVE SLY RAD 4708.38' & CA 03*, 256.95'
ALG ARC CUR TO P.R.C OF CUR RAD 2125' & CA 14*, (INC)
  COMMENTS: SURVEY ATTACHED


      SEARCHD    3/    /      PB    23 /      7 11/15/1976-06/30/2009

 ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0067 OF 0070
 DOF: 08071990  PR: OR  4206      2473  SR: CN 1990 3572229  DOI: 06271990
 TOI: E   DESC:                         MIN:       -        -
 1ST PARTY:  SWISSCO PROP

 2ND PARTY:   SOUTHERN BELL TELEPHONE & TELEGRAPH CO

     AMOUNT:           NAME:                        TYPE:
 REFERENCE:
     LEGAL:  S.B.T MANHOLE CORP CENTRE BLVD NEAREST BENT PINE DR DESC: POR LT 3
 PB 23/7  DESC PCL: COM AT C/L INTEREC OF CORP CENTRE BLVD WITH BENT PINE DR ON P
 LAT, ALG C/L OF CORP CENTRE BLVD S20*W & 158.68', S69*E & 53.61' TO POB, CONT S6
 9*E & 9', S20*W15', N69*W9', N20*E & 15' TO POB ! S.B.T MANHOLE CORP CENTRE BLV
 D NEAREST SWISSCO DR DESC: POR LT 3  PB 23/7  DESC PCL: COM AT INTERSEC C/L CORP
 CENTRE BLVD WITH C/L OF SWISSCO DR AS ON SAID PLAT, BEING ON ARC CUR  RAD PT N8
 0*E FROM INTERSEC, NLY ALG CUR & C/L OF CORP CENTRE BLVD RAD 950' THRU CA 16*26
 8.03', RAD TOWARD RAD PT CUR S83*E54.13' TO POB, NLY ALG ARC CUR CONCENTRIC WITH
 DESC CUR RAD 895.87' THRU CA 0* FOR 15.08', RAD TOWARD RAD PT OF CUR S82 (INC)
  COMMENTS: SURVEY ATTACHED


      SEARCHD    3/    /      PB    23 /      7 11/15/1976-06/30/2009

 ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0068 OF 0070
 DOF: 02271990  PR: OR  4160      2806  SR: CN 1990 3456237  DOI: 02091990
 TOI: AGR  DESC:                         MIN:       -        -
 1ST PARTY:  SWISSCO PROP

 2ND PARTY:  CITY ORLANDO

     AMOUNT:           NAME:                        TYPE:
 REFERENCE:
     LEGAL:  PB 23/7



  COMMENTS: REPLATTED ALSO POST ALL ORLANDO CORPORATE CENTRE 1ST REPLAT PB 23/83
 @SURVEY ATTACHED


      SEARCHD    3/    /      PB    23 /      7 11/15/1976-06/30/2009

 ATID        **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0069 OF 0070
 DOF: 05031989  PR: PB    23      83  SR: CN 1989 3246097  DOI: 05031989
 TOI: PLT  DESC:                         MIN:       -        -
 1ST PARTY:  SWISSCO PROP  ANTHONY  MIJQRES JR GEN PTNR

 2ND PARTY:

     AMOUNT:           NAME:                        TYPE:
 REFERENCE:
     LEGAL:  ORLANDO CORPORATE CENTRE 1ST REPLAT (PB 23/83) SEC 22-23-30 PARTIAL
 REPLAT OF LT 3  PB 23/7 DESC: POR OF LT 3  PB 23/7 BEG AT SE COR OF PB 23/7 S89*
 W ALG S BDY LINE 229.71' TO ELY LINE OF TR G OF PB 23/7 ALG BDY OF TR G FOL 3 CO
 URSES & DIST: N00*E50', N45*W145', N90*W51.88' TO PT ON ELY R/W LINE OF CORPORA
 TE CENTER BLVD RECORDED BY PB 23/7 SAID PT BEING P.C. CONCAVE WLY RAD 1035', ALG
 ELY R/W LINE FOL 2 COURSES & DIST: FROM TAN N05*W432.03' ALG ARC OF CUR THRU CA
  23* TO P.T., N29*W375.88', N61*E626.59' TO PT ON ELY BDY LINE OF LT 3  PB 23/7
 ALG ELY BDY LINE FOL 6 COURSES & DIST: S09*W245', S08*E193', S20*E175', S02*E27
 0', S10*E240', S24*E99.92' TO POB CON 9.40 AC M/L

```
    COMMENTS:

       SEARCHD      3/      /      PB     23 /       7 11/15/1976-06/30/2009

 ATID      **** ATTORNEYS' TITLE FUND SERVICES, LLC.  **** PAGE 0070 OF 0070
 DOF: 01301989   PR: PB    23      7  SR: CN 1989 3180751   DOI: 01301989
 TOI: PLT  DESC:                                MIN:        -          -
 1ST PARTY:   SWISSCO PROP BY ANTHONY  MIJQRES JR PTNR

 2ND PARTY:

    AMOUNT:              NAME:                              TYPE:
    REFERENCE:
    LEGAL:  ORLANDO CORPORATE CENTER PHASE 1 (PB 23/7) SEC 22-23-30 PARTIAL REPL
 AT OF PB P/87 DESC: COM AT SW COR OF SE/4 SEC 22, N00*W ALG W LINE OF SE/4 SEC 2
 2 108.63' TO PT ON NLY R/W OF LEEVISTA BLVD AS SHOWN ON  PB 21/142 & POB CONT AL
 G W LINE OF SE/4, N00*W2548.07' TO SW COR OF NE/4 SEC 22, N00*W ALG W LINE OF N
 E/4 SEC 22 665.91', N89*E981.26', S00*E665.45' TO PT ON N LINE OF SE/4 SEC 22, A
 LG LINE N89*E756.95', S06*W316', S05*E302', S08*E285', S09*E310', S09*W428', S08
 *E193', S20*E175', S02*E270', S10*E240', S24*E99.92', S89*W352.71' TO PT ON NLY
 R/W LINE OF LEEVISTA BLVD, CONT ALG NLY R/W LINE OF FOL 3 COURSES & DIST S89*W7
 78.32' TO P.C. OF CUR CONCAVE SLY RAD 4708.38' CA 03*, 256.95' ALG ARC (INC)
    COMMENTS:

  Lst pg-SEARCHD      3/      /      PB     23 /       7 11/15/1976-06/30/2009

    ATID               ATTORNEY TITLE INFORMATION DISPLAY SYSTEM
 *
 *
 ****************************  SEARCH COMPLETE  ****************************
 *
 *
 *
 *
 *
 *



    ]]>
```