**<u>Exhibit Cover Sheet</u>**

**Party
submitting:** _____Plaintiff_____   **Ex. #**___341__

**Admitted: Yes   or    No  (circle one)**

**Debtor:**_____ATIF, Inc._____

**Case No.:**___2:17-bk-01712-FMD_____

*Adv. No.:*___2:18-ap-00531-FMD_____

**Nature of Hearing/
Docket No:**_____Trial_____

_____

**United States Bankruptcy Court
Middle District of Florida**

**Dated         _____  , 20___.**

**By:_____,   Deputy Clerk**

| From: | Ridenour, Robert |
|---|---|
| To: | Joseph, Jeffrey; Rice, Peter W |
| Cc: | Altmaier, David; Brangaccio, Anoush |
| Subject: | ATIF |
| Date: | Friday, November 13, 2015 2:46:13 PM |
| Attachments: | Trade Secret Affidavit 11-13-2015.pdf |
| | ATIF ORNTIC Oct 2015 Analysis.pdf |

fyi

Robert Ridenour
*Director of Property & Casualty Financial Oversight*
Florida Office of Insurance Regulation
Telephone: (850) 413-5227
Fax: (850) 488-2935
E-Mail:  robert.ridenour@floir.com

Main Case 2:17-bk-01712-FMD
Adv. Case 2:18-AP-00531-FMD
**P-341**
Stermer v. Old Republic, et al.

## AFFIDAVIT

STATE OF MINNESOTA
COUNTY OF _Hennepin_

BEFORE ME, the undersigned authority authorized to administer oaths, personally appeared Gary J. Horn, Executive Vice President of Old Republic National Title Insurance Company ("ORNTIC"), who stated on his oath as an officer/representative of ORNTIC:

1.    I am over the age of twenty-one (21) years.  I make the statements in this affidavit based on my personal knowledge.

2.    ORNTIC files the following document with the Florida Office of Insurance Regulation ("FOIR")  in connection with a transaction to acquire certain liabilities of Attorneys' Title Insurance Fund ("ATIF") and amend the terms of the Amended and Restated Joint Venture Agreement dated as of October 6, 2011, among ATIF, Attorneys' Title Fund Services, LLC ("ATFS") , and Old Republic National Title Holding Company ("ORNTHC") (the "JVA Amendments") and certain documents related thereto (collectively all documents described above are referred to as the "ORNTIC/ATIF Transaction Agreements"):

Analysis of ATIF – ORNTIC Transaction

3.    The ORNTIC/ATIF Transaction Agreement documents, including the Analysis of ATIF – ORNTIC Transaction referenced in paragraph 2 above, are considered and treated by ORNTIC as trade secret information.  These documents are

1

IST_0000004667.0001-1

marked "Proprietary Business Information - Confidential Trade Secret" and segregated from non-trade secret information per section 624.4213(1)(a) and (b), Fla. Stat.

4.    ORNTIC considers and treats the ORNTIC/ATIF Transaction Document described in paragraph 2 trade secret information because it has value and provides an advantage or an opportunity to obtain an advantage over those who do not know or use it. The pricing and terms of these agreements have value and provide an advantage or an opportunity to obtain an advantage over those who do not know or use them. ORNTIC has expended its own resources to negotiate the ORNTIC/ATIF Transaction Agreements. Disclosure of the ORNTIC/ATIF Transaction Agreements information described in Paragraph 2 would undermine these agreements and provide an unfair advantage to ORNTIC's competitors and others, including competitors of the other parties to the ORNTIC/ATIF Transaction Agreements. Moreover, as a condition of entering into the ORNTIC/ATIF Transaction Agreements, ORNTIC is required to abide by confidentiality provisions within in these agreements.

5.    ORNTIC has taken measures to prevent the disclosure of the information outlined in paragraph 2 to anyone other than those who have been selected to have access for the limited purposes, and ORNTIC intends to continue to take such measures.

6.    The information outlined in paragraph 2 is not, and has not been, reasonably obtainable without the ORNTIC's consent by other persons by use of legitimate means.

7.    The information is not publicly available elsewhere.

2

IST_0000004667.0001-2

AFFIANT SAYETH FURTHER NOT

_____
Gary J. Horn
Old Republic National Title Insurance Company

SWORN AND SUBSCRIBED before me this 13th day of November, 2015 by Gary J. Horn, who (check one):

[X] is personally known to me, or

[ ] who produced as identification _____.

_____
Notary Public - Signature

_____
Nicole Marissa Spooner
Notary Public Printed Name
My Commission Expires:

NICOLE MARISSA SPOONER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2016

3

IST_0000004667.0002-1

## Analysis of ATIF/ORT Agreement
### As of 9/30/2015

($'s in 000's)

| | a ATIF Per Books | b Retained by ATIF | c Assumed by ORT | d Reserve Adjmt | e Revalue Land | f Revalue Bldg | g Adjust Taxes | h Adj'd to ORT |
|---|---|---|---|---|---|---|---|---|
| Cash/ST Investments | $5,627 | $1,500 | $4,127 | | | | | $4,127 * |
| Bonds & Notes | 27,518 | | 27,518 | | | | | 27,518 |
| Stocks & Other Investments | 0 | | 0 | | | | | 0 |
| Real Estate - HQ Bldg | 5,426 | | 5,426 | | | 6,074 | | 11,500 |
| Real Estate - Vacant Land | 2,802 | | 2,802 | | 2,448 | | | 5,250 |
| Statutory Cash & Investments | 41,373 | 1,500 | 39,873 | 0 | 2,448 | 6,074 | 0 | 48,395 |
| Investment Income Due/Accrued | 246 | | 246 | | | | | 246 |
| FDIC Deposit & Tax Receivables | 1,199 | 1,199 | 0 | | | | | 0 |
| Net Deferred Tax Asset | (95) | | (95) | | | | 470 | 375 |
| Other Assets | 311 | 311 | 0 | | | | | 0 |
| Total Assets | 43,034 | 3,010 | 40,024 | 0 | 2,448 | 6,074 | 470 | 49,016 |
| Case Reserves | 7,381 | 278 | 7,103 | 7,000 | | | | 14,103 |
| SPR Reserves | 34,144 | | 34,144 | | | | | 34,144 |
| Total Reserves | 41,525 | 278 | 41,247 | 7,000 | 0 | 0 | 0 | 48,247 |
| Other Liabilities | 1,181 | 498 | 683 | | | | | 683 |
| Total Liabilities | 42,706 | 776 | 41,930 | 7,000 | 0 | 0 | 0 | 48,930 |
| Surplus | $328 | $2,234 | ($1,906) | ($7,000) | $2,448 | $6,074 | $470 | $86 |

Notes:
a. Balance sheet per ATIF's September 30, 2015 statutory filing.
b. The assets and liabilities to be retained by ATIF. They retain $1,500K in cash and $1,199K in receivables plus liabilities for CPL claims and other liabilities.
c. The assets and liabilities to be assumed by ORT.
d. Case reserves are adjusted based on the estimated understatement determined by our due diligence on existing claims.
e. The land adjacent to the HQ building is for sale with about $5.25 in net proceeds expected.
f. The HQ land/building is revalued to an estimate of current fair market value.
g. Deferred tax assets are adjusted based on our initial estimate of the correct value.
h. The assets and liabilities assumed by ORT as adjusted for the items in notes d, e, f and g.

* The cash is as of 9/30. The balance as of closing is expected to be somewhat less.

PROPRIETARY BUSINESS INFORMATION - CONFIDENTIAL TRADE SECRET

[Date]